# UNITED STATES DISTRICT COURT

*O920-0618-21915*
*FID # 1716117*

for the

Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| MAURICE KEVIN HILL | ) Case No. 5:09-CR-43-001 (HL) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MAURICE KEVIN HILL                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Bank Robbery

Date: June 17, 2009

s/ Amy N. Stapleton, Deputy Clerk
*Issuing officer's signature*

City and state:   Macon, Georgia

Amy N. Stapleton, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)*  06.17.09 , and the person was arrested on *(date)*  07.31.09
at *(city and state)*   Philadelphia, PA .

Date:   08.05.09

FBI, Philadelphia, PA
*Arresting officer's signature*

*Printed name and title*