IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : CRIMINAL NO. 5:09-CR-43(HL) |
| | : |
| MAURICE KEVIN HILL | : |
| _____ | : |

GOVERNMENT'S MOTION FOR A DETENTION HEARING

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files this motion and requests the defendant in the above-styled case be detained pursuant to 18 U.S.C. § 3142(e) and (f), and in support of said motion shows the following:

1. Eligibility of Case.

This case is eligible for a detention order because this case involves (check all that apply):

☒ Crime of Violence (18 U.S.C. § 3156)

☐ Maximum sentence of life imprisonment or death

☐ 10 + year drug offense

☐ Felony, with two prior convictions in the above categories

☒ Serious risk the defendant will flee

☒ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>.

The Court should detain defendant because there are no conditions of release which will reasonable assure (check one or both):

- ☒ Defendant's appearance as required

- ☒ Safety or any other person and the community

3. <u>Rebuttable Presumption.</u>

The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e). (If yes)  The presumption applies because (check one or more):

- ☐ Probable cause to believe defendant has been convicted of a Federal or State offense described in subsection (f)(1) of 18 U.S.C. §3142.

- ☐ Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under 18 U.S.C. § 924(c).

- ☐ Previous conviction for "eligible" offense committed while on pretrial bond.

- ☐ A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above.

4. <u>Time for Detention Hearing.</u>

The United States requests the Court conduct the detention hearing:

- ☐ At the initial appearance.

- ☒ After continuance of three (3) days (not more than three).

The United States requests leave of Court to file a supplemental motion with

additional grounds or presumption for detention should this be necessary.

Respectfully submitted, this 19th day of August, 2009.

          G.F. PETERMAN, III
          ACTING UNITED STATES ATTORNEY


      BY: s/MICHAEL T. SOLIS
         Georgia Bar No. 666480
         Assistant U.S. Attorney
         United States Attorney's Office
         Middle District of Georgia
         P.O. Box 1702
         Macon, Georgia 31202
         (478) 752-3511

CERTIFICATE OF SERVICE

I, MICHAEL T. SOLIS, Assistant United States Attorney, do hereby certify that I have this date electronically filed the within and foregoing Government's Motion for Detention Hearing with the Clerk of the Court using the CM/ECF system. I also certify that I have served the Motion upon the Defendant by hand delivering a copy of said motion to him and his attorney.

THIS 19th day of August, 2009.

          G.F. PETERMAN, III
          ACTING UNITED STATES ATTORNEY


BY:   s/MICHAEL T. SOLIS
       Georgia Bar No. 666480
       Assistant U.S. Attorney
       United States Attorney's Office
       Middle District of Georgia
       P.O. Box 1702
       Macon, Georgia 31202
       (478) 752-3511