IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**MAURICE KEVIN HILL,**<br><br>**Defendant** | **NO. 5: 09-CR-43 (HL)**<br><br>**VIOLATION:  Bank Robbery** |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Ms. Catherine Michelle Leek of the Federal Defenders Office; the United States was represented by Assistant U. S. Attorney Michael T. Solis. Based upon the evidence proffered to the court by counsel for the government, as well as the contents of the Bail Report prepared in the Eastern District of Pennsylvania dated August 3, 2009, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☐ (1)  There is PROBABLE CAUSE to believe that the defendant has committed an offense

  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

  ☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ (1)  There is a serious risk that the defendant will not appear.

☒ (2)  There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the aforementioned Bail Report, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of this defendant and the safety of the community were defendant Hill to be released from custody.  The offense charged against him is a serious one for which long-term incarceration can be expected in the event of a conviction or plea of guilty.  His estimated guideline range is 46 months to 57 months.  The weight of evidence is strong with the defendant having admitted his involvement in the alleged bank robbery of Security Bank on or about June 8, 2009.  Although the defendant does not have a prior conviction record, he has pending criminal charges as follows: AGGRAVATED ASSAULT, 5/16/08, Madison County, Alabama ($50,000 bond); THEFT BY TAKING/FORGERY IN THE FIRST DEGREE, 5/22/09, Houston County, Georgia; and RECEIVING STOLEN PROPERTY/DRUG CHARGES, 6/11/09, Media, Pennsylvania.

For the foregoing reasons, the undersigned finds that defendant Hill poses a serious risk of flight and a danger to the community were he to be released from custody, mandating pretrial detention.   IT IS SO ORDERED AND DIRECTED.

## PART III  -  DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 28th day of AUGUST, 2009.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE