IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

MAURICE KEVIN HILL

CASE NO.: 5:09-CR-43

## ORDER ON MOTION FOR CONTINUANCE

Defendant Maurice Kevin Hill has moved the Court to continue the trial of his case, presently scheduled for December 7, 2009. Defendant was arraigned on August 24, 2009, and is currently being detained in the Crisp County Jail. Defendant's counsel represents that she seeks a continuance as she was involved in a motorcycle accident on November 7, 2009, and has not returned to work since that date due to a head injury. The Court finds that it is in the interests of justice to allow Defendant a continuance so that Counsel for Defendant may have time to recover from her injuries and confer with Defendant, and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc.24] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 25th day of November, 2009.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT COURT