## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT<br>CRIMINAL NO. 5:09-CR-43(HL) |
| vs. | VIOLATIONS: 18 U.S.C. § 2113(a)<br>18 U.S.C. § 924(c) |
| MAURICE KEVIN HILL | |

THE GRAND JURY CHARGES:

### COUNT ONE

### (BANK ROBBERY)

On or about June 8, 2009, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the Defendant,

**MAURICE KEVIN HILL**

by force, violence and intimidation did take from the presence of T.N. and C.M., whose identity is known to the grand jury, approximately $17,438.00 in United States currency, in the care, custody, control, management and possession of the Security Bank (now known as State Bank) located at 4699 Log Cabin Drive, Macon, Georgia, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a).

### COUNT TWO

### (CARRYING A FIREARM DURING A CRIME OF VIOLENCE)

On or about June 8, 2009, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the Defendant.

**MAURICE KEVIN HILL**

did carry a firearm during and in relation to, and did possess a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, to-wit: the offense set forth in Count One of this Indictment, to-wit: a handgun; all in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented By:

_____
MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14th day of Jan., AD 2010.

_____
Clerk