IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 5:09-CR-43(HL) |
| MAURICE KEVIN HILL | : |

Filed at 10:15 A M
Jan. 20 2010

## CHANGE OF PLEA

I, MAURICE KEVIN HILL, having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report and now plead **Guilty** to Count One of the Indictment, this 20th day of January, 2010.

I also acknowledge the fact the Court is required to consider any applicable advisory sentencing guideline when imposing sentence in this case.

_____
MAURICE KEVIN HILL
DEFENDANT

_____
CATHERINE LEEK
ATTORNEY FOR DEFENDANT

_____
MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY